IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE:<br><br>MARIA GABRIELA STOIBER,<br><br>Debtor. | CASE NO. 11-31714<br><br>CHAPTER 11 |

### MOTION TO REFINANCE REAL PROPERTY

**THIS PLEADING REQUESTS RELIEF WHICH MAY BE ADVERSE TO YOUR INTEREST.**

**IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE, THE RELIEF REQUESTED HEREIN MAY BE GRANTED WITHOUT A HEARING BEING HELD.**

**A TIMELY FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD.**

TO THE HONORABLE H. CHRISTOPHER MOTT, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Maria Gabriela Stoiber, Debtor in this case, by and through her attorney of record, Sidney J. Diamond of Diamond Law and file this Motion to Refinance Real Property on Negative Notice and would respectfully show the Court as follows:

1. Debtor filed for relief under Chapter 11 of Title 11, United States Code on September 2, 2011.

2. The Debtor is a Debtor-In-Possession, as that term is defined Section 1101 of Title, United States Code and remains in possession if her property and carry on her business affairs.

3. The property in question is owned by Robbie D. Wolff and the Debtor does not have any ownership interest in the property except that her name was added to the Deed of Trust. Robbie D. Wolff proposes to refinance the house with Security National Mortgage Company, A Utah Corporation for $123,900.00 on a 30 year note at 4%, with the monthly payment being $945.72 per month. The Property is described as Tierra Del Sol Este Unit Sixteen, Block 73, Lot 10, El Paso County, Texas, 12532 Tierra China Court, El Paso, TX 79938-4761. A copy of the Settlement Statement (HUD-1) is attached hereto as Exhibit "A".

4. The Debtor is current in her monthly operating reports and payments to the United States Trustee. The Debtor asserts that refinancing the house is in the best interest of the Debtor, the Estate of the Debtor and her Creditors.

**WHEREFORE**, the Debtor Prays:

1. That the Court enter its Order authorizing the Debtor to enter into a Real Estate Contract and refinance the real property as stated in the Settlement Statement (HUD-1); and,

2. For such other and further relief as the Debtor may show herself justly entitled.

DATED: January 27, 2012.

Respectfully submitted,

DIAMOND LAW,

By: /s/Sidney J. Diamond
Sidney J. Diamond
Attorney For Debtor
Texas Bar Card No.: 5803000
3800 N. Mesa, Suite B-3
El Paso, Texas 79902
915-532-3327 Voice
915-532-3355 Fax
sidney@sidneydiamond.com Email

**MOTION TO REFINANCE REAL PROPERTY, Page 2**
G:\BankruptcyPRO\Stoiber, Maria Gabriela\Motion Sell.wpd

## CERTIFICATE OF SERVICE

  I, Sidney J. Diamond, do hereby certify that on January 27, 2012, a true and correct copy of the foregoing Debtor's Motion to Refinance Real Property on Negative Notice was mailed by depositing the same in the United States Mail, properly addressed and postage prepaid, or by fax or email as noted, to the following parties:

**THE DEBTOR:**
Maria Gabriela Stoiber
12532 Tierra China Court
El Paso, TX 79912

**UNITED STATES TRUSTEE:**
Kevin Epstein
Office of the U.S. Trustee   VIA EMAIL: USTPRegion07.SN.ECF@usdoj.gov
P.O. Box 1539
San Antonio, TX 78295-1539

**PARTIES IN INTEREST PREVIOUSLY REQUESTING:**

City of El Paso   VIA EMAIL: sanantonio.bankruptcy@publicans.com
c/o David G. Aelvoet
711 Navarro, Suite 300
San Antonio, TX 78205-1749

**ALL CREDITORS AND PARTIES IN INTEREST AS SHOWN ON THE ATTACHED EXHIBIT "B"**

            /s/ Sidney J. Diamond
            Sidney J. Diamond

**MOTION TO REFINANCE REAL PROPERTY, Page 3**
G:\BankruptcyPRO\Stoiber, Maria Gabriela\Motion Sell.wpd

Andrew Goldberg
Rosicki, Rosicki & Associates P
51 E. Bethpage Road
Plainview, NY  11803

Chase Bank of Texas
4266902035061645
Po Box 15298
Wilmington, DE 19850

Linebarger, Goggan Blair & Samp
711 Navarro, Ste. 200
San Antonio, TX 78205

Automatic Laundry Co., Ltd.
140 Gail Borden, Unit A-2
PO Box 370670
El Paso, TX  79937

City of El Paso
2 Civic Center Plaza
El Paso, Texas 79901

Mayan Palace
AC1062 & N5035
PO Box 911841
Houston, TX  77227

Automatic Laundry Company, Ltd.
140 Gail Borden, Unit A-2
PO Box 370670
El Paso, TX  79937

City of El Paso
903 MF/10-5148
2 Civic Center Plaza
El Paso, Texas 79901

Melissa F. Johns, Esa.
MacGray Services, Inc.
404 Wyman St.
Waltham, MA  02451

Bank Of America
5466322220689438
Po Box 17054
Wilmington, DE 19850

City of El Paso
El Paso Tax Assessor/Collector
PO Box 2992
El Paso, TX 79999-2992

Midland Credit Management
8530319795
PO Box 60578
Los Angeles, CA  90060-0578

Bank of America Mortgage
P.O. Box 650070
Dallas, Texas 75265-0070

City of El Paso Tax Assessor Co
c/o Linebarger, Goggan Blair &
711 Navarro, Ste. 200
San Antonio, TX 78205

Robbie Wolff
14028 Desert Lily
El Paso, TX  79928

Barclays Bank Delaware
4397078080077224
Attention: Bankruptcy
PO Box 8801
Wilmington, DE 19899

Dsnb Macys
4363994498120
9111 Duke Blvd
Mason, OH 45040

San Francisco Historic District
PO Box 55
El Paso, TX  79940

Capital One, N.a.
479124233306
Capital One Bank (USA) N.A.
PO Box 30285
Salt Lake City, UT 84130

El Paso ABA Management LLC
PO Box 371063
El Paso, TX  79937

Sprint
KSOPHT0101-Z4300
6391 Sprint Parkway
Overland Park KS 66251-4300

CFI Security, Inc.
6410 Airporat Rd., Ste. 4
El Paso, TX  79925

Entertainment Extra
9969 Topanga Cyn Blvd 106
Chatsworth, CA  91311

Steven C. James
521 Texas Ave.
El Paso, TX  79901

CFI Security, Inc.
6410 Airport Rd., Ste. 4
El Paso, TX  79925

Golden Shores Vacation Club
VE00130
PO Box 5025
Downey, CA  90241

T-Mobile
P.O. Box 660252
Dallas, Texas 75266-0252

CFI Security, Inc.
6410 Airport Road, Ste. 4
El Paso, TX  79925

IRS - Special Procedures Staff
Stop 5022 AUS
300 E. 8th Street
Austin, TX 78701

The Bank of New York Mellon
successor to Chase Bank Texas
Rosicki, Rosicki & Associates P
51 East Bethpage Rd.
Plainview, NY  11803

```
Timepayment Corp Llc
317327953173279
16 Ne Exec Office Park S
Burlington, MA 01803


U.S. Attorney
FHZ/HUD/VA/IRS
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216


University Hills Plaza
3800 N. Mesa, Suite D-2
El Paso, TX  79902



US Small Business Administratio
2457846002
200 W. Santa Ana Blvd., Ste. 18
Santa Ana, CA  92701


Victor M. Firth, Esq.
Firth, Johnston & Martinez
415 N. Mesa, 3rd Floor
El Paso, TX  79901
```



# A. Settlement Statement (HUD-1)

OMB No. 2502-0265

| B. Type of Loan | | | |
|---|---|---|---|
| 1. ☐ FHA  2. ☐ RHS  3. ☐ Conv Unins<br>4. ☐ VA  5. ☐ Conv Ins.  6. ☐ Seller Fin<br>7. ☐ Cash Sale. | 6. File Number<br>11903922 | 7. Loan Number<br>542882 | 8. Mortgage Ins Case Number |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower | E. Name & Address of Seller | F. Name & Address of Lender |
|---|---|---|
| Robbie D. Wolff<br>12532 Tierra China Court<br>El Paso, TX 79938-4761 | , | Security National Mortgage Company, A Utah Corporation<br>5300 South 360 West, Suite 150<br>Murray, UT 84123 |

| G. Property Location | H. Settlement Agent Name | I. Settlement Date |
|---|---|---|
| Tierra Del Este Unit Sixteen, Block 73, Lot 10, El Paso County<br>12532 Tierra China Court<br>El Paso, TX 79938-4761 | Lone Star Title Company of El Paso<br>1368 Zaragosa, Suite J<br>El Paso, TX 79936<br>915-298-4448<br>Underwritten By: Title Resources<br>Place of Settlement<br>Lone Star Title Company of El Paso<br>1368 Zaragosa, Suite J<br>El Paso, TX 79936 | 1/31/2012<br>Fund: |

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---|---|---|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower | $5,252.91 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City property taxes | | 406. City property taxes | |
| 107. County property taxes | | 407. County property taxes | |
| 108. School Taxes | | 408. School Taxes | |
| 109. HOA Dues | | 409. HOA Dues | |
| 110. Other | | 410. Other | |
| 111. Other | | 411. Other | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| 116. | | 416. | |
| **120. Gross Amount Due From Borrower** | $5,252.91 | **420. Gross Amount Due to Seller** | |
| **200. Amounts Paid By Or in Behalf Of Borrower** | | **500. Reductions in Amount Due to Seller** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | $123,900.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City property taxes | | 510. City property taxes | |
| 211. County property taxes | | 511. County property taxes | |
| 212. School Taxes | | 512. School Taxes | |
| 213. HOA Dues | | 513. HOA Dues | |
| 214. Other | | 514. Other | |
| 215. Other | | 515. Other | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid By/For Borrower** | $123,900.00 | **520. Total Reduction Amount Due Seller** | |
| **300. Cash At Settlement From/To Borrower** | | **600. Cash At Settlement To/From Seller** | |
| 301. Gross Amount due from borrower (line 120) | $5,252.91 | 601. Gross Amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | $123,900.00 | 602. Less reductions in amt. due seller (line 520) | |
| **303. Cash To Borrower** | $118,647.09 | **603. Cash Seller** | |

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

POC (B) – Paid Outside of Closing by Borrower.  POC (S) – Paid Outside of Closing by Seller.  POC (L) – Paid Outside of Closing by Lender.

Previous editions are obsolete          Page 1 of 4          HUD-1
File No. 11903922  DATE 01/25/2012

### L. Settlement Charges

| 700. Total Real Estate Broker Fees | | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|---|
| Division of Commission (line 700) as follows: | | | | | |
| 701. | to | | | | |
| 702. | to | | | | |
| 703. | | | | | |
| 704. The following persons, firms or corporations received | to | | | | |
| 705. a portion of the real estate commission amount shown above | to | | | | |

| 800. Items Payable in Connection with Loan | | | | | |
|---|---|---|---|---|---|
| 801. Our origination charge | | | $0.00 | (from GFE #1) | |
| 802. Your credit or charge (points) for the specific rate chosen | | | $0.00 | (from GFE #2) | |
| 803. Your adjusted origination charges | to | | | (from GFE A) | |
| 804. Appraisal Fee | to | | | (from GFE #3) | |
| 805. Credit report | to | | | (from GFE #3) | |
| 806. Tax service | to | | | (from GFE #3) | |
| 807. Flood certification | to | | | (from GFE #3) | |

| 900. Items Required by Lender To Be Paid in Advance | | | | | |
|---|---|---|---|---|---|
| 901. Daily interest charges from 1/31/2012 to 2/1/2012 @ $0/day | | | | (from GFE #10) | |
| 902. Mortgage Insurance Premium for months | to | | | (from GFE #3) | |
| 903. Homeowner's insurance for years | to | | | (from GFE #11) | |

| 1000. Reserves Deposited With Lender | | | | | |
|---|---|---|---|---|---|
| 1001. Initial Deposit for your escrow account | | | | (from GFE #9) | $0.00 | |
| 1002. Homeowner's insurance | months @ | per month | | | |
| 1003. Mortgage insurance | months @ | per month | | | |
| 1004. City property taxes | months @ | per month | | | |
| 1005. County property taxes | months @ | per month | | | |
| 1006. School Taxes | months @ | per month | | | |
| 1007. HOA Dues | months @ | per month | | | |
| 1008. Other | months @ | per month | | | |
| 1009. Other | 0 months @ | | | | |
| 1010. Other | 0 months @ | | | | |
| 1011. Aggregate Adjustment | | | | | |

| 1100. Title Charges | | | | | |
|---|---|---|---|---|---|
| 1101. Title services and lender's title insurance | to | Lone Star Title Company of El Paso | | (from GFE #4) | $1,430.64 | |
| 1102. Settlement or closing fee | to | Lone Star Title Company of El Paso | $300.00 | | | |
| 1103. Owner's title insurance | to | Lone Star Title Company of El Paso | | (from GFE #5) | | |
| 1104. Lender's title insurance | to | Lone Star Title Company of El Paso | $1,071.00 | | | |
| 1105. Lender's title policy limit $ | $123,900.00/$1,071.00 | | | | |
| 1106. Owner's title policy limit $ | $0.00/$0.00 | | | | |
| 1107. Agent's portion of the total title insurance premium | to | Lone Star Title Company of El Paso | $910.35 | | | |
| 1108. Underwriter's portion of the total title insurance premium | to | | $160.65 | | | |
| 1109. State of Texas Policy Guaranty Fee | to | Texas Title Insurance Guaranty Association | $2.00 | (from GFE #4) | | |
| 1110. State of Texas Policy Guaranty Fee | to | Texas Title Insurance Guaranty Association | | (from GFE #5) | | |
| 1111. Tax Certificates | to | TaxQuest, LLC | $42.64 | (from GFE #4) | | |
| 1112. Courier Fee | to | Lone Star Title Company of El Paso | $15.00 | (from GFE #4) | | |

| 1200. Government Recording and Transfer Charges | | | | | |
|---|---|---|---|---|---|
| 1201. Government recording charges | | | | (from GFE #7) | $84.00 | |
| 1202. Deed ; Mortgage $84.00 , Release $20.00 | | to Lone Star Title Company of El Paso | | | | |
| 1203. Transfer taxes | | | | (from GFE #8) | | |
| 1204. City/County tax/stamps | Deed $0.00 ; Mortgage $0.00 | | | | | |
| 1205. State tax/stamps | Deed $0.00 ; Mortgage $0.00 | | | | | |

| 1300. Additional Settlement Charges | | | | | |
|---|---|---|---|---|---|
| 1301. Required services you can shop for | | | | (from GFE #6) | | |
| 1302. 2011 Property Taxes Due | to | Tax Assessor Collector | | | $3,738.27 | |
| **1400. Total Settlement Charges** (enter on lines 103, Section J and 502, Section K) | | | | | **$5,252.91** | |

POC (B) – Paid Outside of Closing by Borrower. POC (S) – Paid Outside of Closing by Seller. POC (L) – Paid Outside of Closing by Lender.

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | |
|---|---|
| Charges That Cannot Increase | HUD-1 Line Number |
| Our origination charge | # 801 |
| Your credit or charge (points) for the specific rate chosen | # 802 |
| Your adjusted origination charges | # 803 |
| Transfer taxes | # 1203 |

| | Good Faith Estimate | HUD-1 |
|---|---|---|
| | $0.00 | $0.00 |
| | $0.00 | $0.00 |
| | $0.00 | $0.00 |
| | $0.00 | $0.00 |

| Charges That in Total Cannot Increase More Than 10% | |
|---|---|
| Government recording charges | # 1201 |
| Total | |
| Increase between GFE and HUD-1 Charges | |

| | Good Faith Estimate | HUD-1 |
|---|---|---|
| | $0.00 | $84.00 |
| | | $84.00 |
| | $84.00 or | 100% |

| Charges That Can Change | |
|---|---|
| Initial deposit for your escrow account | # 1001 |
| Daily interest charges | # 901 $0/day |
| Homeowner's insurance | # 903 |

| | Good Faith Estimate | HUD-1 |
|---|---|---|
| | $0.00 | $0.00 |
| | $0.00 | $0.00 |
| | $0.00 | $0.00 |

## Loan Terms

| | |
|---|---|
| Your initial loan amount is | $123,900.00 |
| Your loan term is | years |
| Your initial interest rate is | % |
| Your initial monthly amount owed for principal, interest, and any mortgage insurance is | includes<br>☐ Principal<br>☐ Interest<br>☐ Mortgage Insurance |
| Can your interest rate rise? | ☒ No. ☐ Yes, it can rise to a maximum of %. The first change will be on and can change again every after. Every change date, your interest rate can increase or decrease by %. Over the life of the loan, your interest rate is guaranteed to never be lower than % or higher than %. |
| Even if you make payments on time, can your loan balance rise? | ☒ No. ☐ Yes, it can rise to a maximum of |
| Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise? | ☒ No. ☐ Yes, the first increase can be on and the monthly amount owed can rise to The maximum it can ever rise to is |
| Does your loan have a prepayment penalty? | ☒ No. ☐ Yes, your maximum prepayment penalty is |
| Does your loan have a balloon payment? | ☒ No. ☐ Yes, you have a balloon payment of due in years on |
| Total monthly amount owed including escrow account payments | ☒ You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br>☐ You have an additional monthly escrow payment of that results in a total initial monthly amount owed of. This includes principal, interest, any mortgage insurance and any items checked below:<br><br>☐ Property taxes     ☐ Homeowner's Insurance<br>☐ Flood insurance     ☐<br>☐                    ☐ |

Note: If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

File No. 11903922

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a completed copy of pages 1, 2 and 3 of this HUD-1 Settlement Statement.

_____  _____
Robbie D. Wolff

        SETTLEMENT AGENT CERTIFICATION
The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused the funds to be disbursed in accordance with this statement.

_____  _____
  Settlement Agent                                 Date

**Warning:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

# neighborhood NM mortgage
a limited liability company

**Date:** February 9, 2012

**Mortgage Broker or Loan Officer:**
NMLS# 281619
Address: 10657 Vista Del Sol Suite C
Phone Number: 915-595-4600

**Subject Property: 12532 Tierra China, Texas 79928**

Dear Ms. Stoiber,

Here are the terms of your refinance:

- Rate: 4%
- Term: 30 year note
- Payment: $945.72

Please note that your new payment includes all escrows (taxes and homeowners insurance). Your current payment with all escrows is $1,769.46. Your net payment reduction by refinancing your current note will be $823.70.

If I can be of any further assistance please feel free to contact me at (915) 595-4600.

Thank You,
Edmundo Portillo
mundo@epnmllc.com


915.595.4600  915.845.4611 fax
10657 Vista del Sol Ste. C  El Paso, TX  79935