## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE:

MARIA GABRIELA STOIBER,

    Debtor.

CASE NO.  11-31714

CHAPTER 11

### EXHIBITS "A" THROUGH "G" TO DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT

COMES NOW, Debtors-in-Possession in the above entitled and numbered case by and through its attorney of record, Sidney J. Diamond of Diamond Law and files these Exhibits "A" through "G" to the Debtors' Disclosure Statement and Plan of Reorganization attached hereto.

    Exhibit "A":    Annual Statement of Operations For Ten (5) Years.

    Exhibit "B":    Projected Annual Statement of Cash Flows for Ten (5) Years.

    Exhibit "C":    Monthly Statement of Operation for One (1) Year

    Exhibit "D":    Projected Monthly Statement of Cash Flows For Year One (1).

    Exhibit "E":    Liquidation Analysis of Maria Gabriela Stoiber.

    Exhibit "F":    Pro-forma Balance Sheet Of Maria Gabriela Stoiber

    Exhibit "G":    Is the monthly income of Stoiber and her monthly expenses.

DATED: May 22, 2012.

**EXHIBITS TO DISCLOSURE STATEMENT, Page 1**
G:\BankruptcyPRO\Stoiber, Maria Gabriela\PLEADINGS\DS Exhibits.wpd

Respectfully submitted,

DIAMOND LAW,

/s/ Sidney J. Diamond
By: Sidney J. Diamond
Attorney for Debtor
Texas Bar Card No.: 5803000
3800 N. Mesa, Suite B-3
El Paso, Texas 79902
(915) 532-3327 Voice
(915) 532-3355 Fax
Sidney@sidneydiamond.com

## CERTIFICATE OF SERVICE

I, Sidney J. Diamond, do hereby certify that on May 22, 2012, a true and correct copy of the foregoing Exhibits to Debtor's Chapter 11 Plan of Reorganization and Disclosure Statement were served, by depositing the same in the United States Mail, properly addressed and postage prepaid or via electronic means as listed on the Court's ECF noticing system, to the following parties:

**THE DEBTOR:**
Maria Gabriela Stoiber
12532 Tierra China Court
El Paso, TX 79912

**THE UNITED STATES TRUSTEE:**
Kevin Epstein
Office of the U.S. Trustee
P.O. Box 1539
San Antonio, TX 89205-1539
**EMAIL: Kevin.M.Epstein@usdoj.gov**

**PARTIES IN INTEREST REQUESTING NOTICE:**

Victor M. Firth
Counsel for City of El Paso
Firth Johnson Martinez
415 N. Mesa, 3rd Floor
El Paso, TX 79901

David Aelvoet
Counsel for the City of El Paso
Linebarger Goggan Blair & Sampson LLP
711 Navarro, Suite 300
San Antonio, TX 78205

Francis S. Ainsa, Jr.
Counsel for San Francisco Historic District
Ainsa Hutson LP
5809 Acacia Circle
El Paso, TX 79912

/s/ Sidney J. Diamond
Sidney J. Diamond

**EXHIBITS TO DISCLOSURE STATEMENT, Page 2**
G:\BankruptcyPRO\Stoiber, Maria Gabriela\PLEADINGS\DS Exhibits.wpd

**MARIA STOIBER BANKRUPTCY**
**PROJECTED STATEMENT OF OPERATIONS**
**FOR FIVE YEARS**
**BASED UPON PLAN OF REORGANIZATION**

|  | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 | TOTAL |
|---|---|---|---|---|---|---|
| REVENUES RECEIVED |  |  |  |  |  |  |
| Rental income | 333,000 | 334,600 | 336,000 | 337,300 | 338,800 | 1,679,700 |
|  |  |  |  |  |  |  |
| TOTAL REVENUES RECEIVED | 333,000 | 334,600 | 336,000 | 337,300 | 338,800 | 1,679,700 |
|  |  |  |  |  |  |  |
| OPERATING EXPENSES |  |  |  |  |  |  |
| Property taxes | 57,600 | 58,500 | 59,100 | 59,600 | 60,100 | 294,900 |
| Utilities | 54,000 | 54,000 | 54,500 | 54,800 | 55,000 | 272,300 |
| Rent | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 30,000 |
| Management fees | 27,000 | 27,000 | 27,000 | 27,000 | 27,000 | 135,000 |
| Repairs and maintenance | 78,000 | 78,000 | 78,000 | 78,000 | 78,000 | 390,000 |
| Mortgage payments | 77,244 | 77,244 | 77,244 | 77,244 | 77,244 | 386,220 |
| Insurance | 9,600 | 10,000 | 10,200 | 10,500 | 10,500 | 50,800 |
| Sundry expenses | 7,200 | 7,200 | 7,200 | 7,200 | 7,200 | 36,000 |
|  |  |  |  |  |  |  |
| TOTAL | 316,644 | 317,944 | 319,244 | 320,344 | 321,044 | 1,595,220 |
|  |  |  |  |  |  |  |
| NET CASH PROVIDED BY |  |  |  |  |  |  |
| OPERATIONS | 16,356 | 16,656 | 16,756 | 16,956 | 17,756 | 84,480 |

EXHIBIT "A"

**MARIA STOIBER BANKRUPTCY**
**PROJECTED STATEMENT OF CASH FLOWS**
**FOR FIVE YEARS**
**BASED UPON PLAN OF REORGANIZATION**

| | YEAR ONE | YEAR TWO | YEAR THREE | YEAR FOUR | YEAR FIVE | TOTAL |
|---|---|---|---|---|---|---|
| NET CASH PROVIDED BY OPERATIONS | 16,356 | 16,656 | 16,756 | 16,956 | 17,756 | 84,480 |
| | | | | | | |
| SUMMARY OF CLASS CLAIMS | | | | | | |
| CLASS 1(a) professional fees * | 2,143 | 2,143 | 2,143 | 2,143 | 2,143 | 10,715 |
| CLASS 2  UNSECURED CLAIMS** | 6,504 | 6,504 | 6,504 | 6,504 | 6,504 | 32,520 |
| CLASS 3(b)Bank of New York | 326 | | | | | 326 |
| CLASS 3(J)property tax* | 7,260 | 7,260 | 7,260 | 7,260 | 7,260 | 36,300 |
| | | | | | | |
| NET CASH FLOWS | 123 | 749 | 849 | 1,049 | 1,849 | 4,619 |

*Paid off over seven years.
**Paid off over five years.

EXHIBIT "B"

**MARIA STOIBER BANKRUPTCY**
**PROJECTED STATEMENT OF OPERATIONS**
**FOR  TWELVE MONTHS OF YEAR 1**
**BASED UPON PLAN OF REORGANIZATION**

|  | MONTH 1 | MONTH 2 | MONTH 3 | MONTH 4 | MONTH 5 | MONTH 6 | MONTH 7 | MONTH 8 | MONTH 9 | MONTH 10 | MONTH 11 | MONTH 12 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RENTAL INCOME** | 27,750 | 27,750 | 27,750 | 27,750 | 27,750 | 27,750 | 27,750 | 27,750 | 27,750 | 27,750 | 27,750 | 27,750 | 333,000 |
| | | | | | | | | | | | | | |
| OPERATING EXPENSES | | | | | | | | | | | | | |
| Property tax | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 4,800 | 57,600 |
| Utilities | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 54,000 |
| Rent | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 6,000 |
| Management fees | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 2,250 | 27,000 |
| Repairs & maintenance | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 78,000 |
| Mortgage payments | 6,437 | 6,437 | 6,437 | 6,437 | 6,437 | 6,437 | 6,437 | 6,437 | 6,437 | 6,437 | 6,437 | 6,437 | 77,244 |
| Insurance | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 9,600 |
| Sundry expenses | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 600 | 7,200 |
| | | | | | | | | | | | | | |
| TOTAL | 26,387 | 26,387 | 26,387 | 26,387 | 26,387 | 26,387 | 26,387 | 26,387 | 26,387 | 26,387 | 26,387 | 26,387 | 316,644 |
| | | | | | | | | | | | | | |
| NET CASH PROVIDED | | | | | | | | | | | | | |
| BY OPERATIONS | 1,363 | 1,363 | 1,363 | 1,363 | 1,363 | 1,363 | 1,363 | 1,363 | 1,363 | 1,363 | 1,363 | 1,363 | 16,356 |

EXHIBIT "C"

**MARIA STOIBER BANKRUPTCY**
**PROJECTED STATEMENT OF CASH FLOWS**
**FOR TWELVE MONTHS OF YEAR 1**
**BASED UPON PLAN OF REORGANIZATION**

| | MONTH 1 | MONTH 2 | MONTH 3 | MONTH 4 | MONTH 5 | MONTH 6 | MONTH 7 | MONTH 8 | MONTH 9 | MONTH 10 | MONTH 11 | MONTH 12 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NET CASH PROVIDED BY OPERATIONS | 1,363 | 1,363 | 1,363 | 1,363 | 1,363 | 1,363 | 1,363 | 1,363 | 1,363 | 1,363 | 1,363 | 1,363 | 16,356 |
| SUMMARY OF CLASS CLAIMS | | | | | | | | | | | | | |
| CLASS 1(a) professional fees | 179 | 178 | 179 | 178 | 179 | 178 | 179 | 178 | 179 | 179 | 178 | 179 | 2,143 |
| CLASS 2 UNSECURED CLAIMS | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 542 | 6,504 |
| CLASS 3(b)Bank of New York | | 326 | | | | | | | | | | | 326 |
| CLASS 3(j)property tax | 605 | 605 | 605 | 605 | 605 | 605 | 605 | 605 | 605 | 605 | 605 | 605 | 7,260 |
| NET CASH FLOWS | 37 | -288 | 37 | 38 | 37 | 38 | 37 | 38 | 37 | 37 | 38 | 37 | 123 |

EXHIBIT "D"

### Exhibit E -- Liquidation Analysis

**Plan Proponent's Estimated Liquidation Value of Assets**

**Assets**

| | | |
|---|---|---:|
| a. | Cash on hand | 25,758.00 |
| b. | Accounts receivable | 0.00 |
| c. | Inventory | 0.00 |
| d. | Office furniture & equipment | 0.00 |
| e. | Machinery & equipment | 0.00 |
| f. | Automobiles | $1,000.00 |
| g. | Building & Land | 2,086,567.00] |
| h. | Customer List | 0.00 |
| i. | Investment property (such as stocks, bonds or other financial assets) | 18,545.77 |
| j. | Lawsuits or other claims against third-parties | 0.00 |
| k. | Other intangibles (such as avoiding powers actions) | 0.00 |
| | **Total Assets at Liquidation Value** | 2,131,870.00 |

| | |
|---|---:|
| **Less:** Secured creditors' recoveries | 2,529,115.34 |
| **Less:** Chapter 7 trustee fees and expenses | 0.00 |
| **Less:** Chapter 11 administrative expenses | 15,000.00 |
| **Less:** Priority claims, excluding administrative expense claims | 0.00 |
| (1) Balance for unsecured claims | 0.00 |
| (2) Total dollar amount of unsecured claims | 12,291.61 |
| **Percentage of Claims Which Unsecured Creditors Would Receive or Retain in a Chapter 7 Liquidation:** | 0 |
| **Percentage of Claims Which Unsecured Creditors Will Receive or Retain under the Plan:** | 5% |

**Official Form 25B (12/08)--Cont.**

**Exhibit F** -- Cash on hand on the effective date of the Plan

| | | | |
|---|---|---|---|
| **Cash on hand on effective date of the Plan:** | | | 33,961.00 |
| *Less -* | | | |
| | Amount of administrative expenses payable on effective date of the Plan | - | 15,000.00 |
| | Amount of statutory costs and charges | - | 0.00 |
| | Amount of cure payments for executory contracts | - | 0.00 |
| | Other Plan Payments due on effective date of the Plan | - | 0.00 |
| | Balance after paying these amounts............................ | | 18,961.00 |

The sources of the cash Debtor will have on hand by the effective date of the Plan are estimated as follows:

| | | |
|---|---|---|
| $ | 33,961.00 | Cash in Debtor's bank account now |
| + | | Additional cash Debtor will accumulate from net earnings between now and effective date of the Plan [state the basis for such projections] |
| + | 0.00 | Borrowing [separately state terms of repayment] |
| + | 0.00 | Capital Contributions |
| + | 0.00 | Other |
| $ | 33,961.00 | Total [This number should match "cash on hand" figure noted above] |

B6I (Official Form 6I) (12/07)

In re **Maria Gabriela Stoiber**                                 Case No.  **11-31714**

                                                               (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Divorced** | Relationship(s): Son | Age(s): 19 | Relationship(s): | Age(s): |

| Employment: | Debtor | Spouse |
|---|---|---|
| Occupation | Property Manager | |
| Name of Employer | El Paso ABA Management, LLC. | |
| How Long Employed | 25 years | |
| Address of Employer | PO Box 371063 | |
| | El Paso, TX 79937 | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $1,600.00 | |
| 2. Estimate monthly overtime | $0.00 | |
| 3. SUBTOTAL | $1,600.00 | |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | |
| b. Social Security Tax | $0.00 | |
| c. Medicare | $0.00 | |
| d. Insurance | $0.00 | |
| e. Union dues | $0.00 | |
| f. Retirement | $0.00 | |
| g. Other (Specify) _____ | $0.00 | |
| h. Other (Specify) _____ | $0.00 | |
| i. Other (Specify) _____ | $0.00 | |
| j. Other (Specify) _____ | $0.00 | |
| k. Other (Specify) _____ | $0.00 | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $1,600.00 | |
| 7. Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8. Income from real property | $0.00 | |
| 9. Interest and dividends | $0.00 | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $350.00 | |
| 11. Social security or government assistance (Specify): _____ | $0.00 | |
| 12. Pension or retirement income | $0.00 | |
| 13. Other monthly income (Specify): | | |
| a._____ | $0.00 | |
| b._____ | $0.00 | |
| c._____ | $0.00 | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $350.00 | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $1,950.00 | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $1,950.00 |

                             (Report also on Summary of Schedules and, if applicable,
                             on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

EXHIBIT "G"

B6J (Official Form 6J) (12/07)

IN RE:  **Maria Gabriela Stoiber**          Case No.  **11-31714**
_____
(if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $750.00 |
|    a. Are real estate taxes included?  ☐ Yes  ☑ No | |
|    b. Is property insurance included?  ☐ Yes  ☑ No | |
| 2. Utilities:  a. Electricity and heating fuel | $85.00 |
|           b. Water and sewer | $75.00 |
|           c. Telephone | $150.00 |
|           d. Other: | $60.00 |
| 3. Home maintenance (repairs and upkeep) | $25.00 |
| 4. Food | $300.00 |
| 5. Clothing | $25.00 |
| 6. Laundry and dry cleaning | |
| 7. Medical and dental expenses | $25.00 |
| 8. Transportation (not including car payments) | $150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $25.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|           a. Homeowner's or renter's | $25.00 |
|           b. Life | |
|           c. Health | |
|           d. Auto | $65.00 |
|           e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: Property Taxes | $187.50 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|           a. Auto: | |
|           b. Other: | |
|           c. Other: | |
|           d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: | |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and,<br>    if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$1,947.50** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **None.** | |

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $1,950.00 |
| b. Average monthly expenses from Line 18 above | $1,947.50 |
| c. Monthly net income (a. minus b.) | $2.50 |